UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ALFREDO QUINTEROS,

    Petitioner,

    v.

ERIC H. HOLDER, et al.,

    Defendants.
_____/

No. C 11-1779 PJH

**ORDER**

It appearing to the court that this case may be controlled to some extent by the Ninth Circuit's decision in <u>Leonardo v. Crawford</u>, __ F.3d __, 2011 WL 1814706 (9th Cir., May 13, 2011), petitioner is hereby ORDERED, no later than May 27, 2011, to file a statement clarifying whether he exhausted administrative remedies prior to filing the present petition – that is, whether he requested a bond hearing before the Immigration Judge, and if so, whether he received a bond hearing.

**IT IS SO ORDERED.**

Dated: May 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge