United States District Court
For the Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9   ANTONIO ALFREDO-QUINTEROS,
10              Petitioner,                         No. C 11-1779 PJH
11       v.                                         **ORDER**
12  ERIC H. HOLDER, JR., et al.,
13              Respondents.
    _____/
14

15          Respondents are hereby ORDERED to file a supplemental return to the petition, no

16  later than October 28, 2011, addressing the effect, if any, on the petition of (a) the Ninth

17  Circuit's June 29, 2011 order affirming the denial of petitioner's motion to reopen removal

18  proceedings (mandate issued August 25, 2011); and (b) the Ninth Circuit's decision in Diouf

19  v. Napolitano, 634 F.3d 1081 (9th Cir. 2011) (petition for en banc review denied,

20  September 28, 2011; mandate issued October 6, 2011).

21          Petitioner may file a reply to the supplemental return, no later than November 10,

22  2011.

23

24  **IT IS SO ORDERED.**

25  Dated:  October 14, 2011

26                                                  _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge
27

28