UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ALFREDO QUINTEROS,

    Petitioner,

    v.

ERIC H. HOLDER, et al.,

    Respondents.
_____/

No. C 11-1779 PJH

**ORDER TO SHOW CAUSE**

    Petitioner Antonio Alfredo Quinteros filed the above-entitled action on April 12, 2011, seeking a writ of habeas corpus to review the lawfulness of his detention without bond. Respondents having filed a declaration by counsel on October 28, 2011, indicating that Immigration and Customs Enforcement ("ICE") has requested the Tacoma Immigration Court to schedule a bond hearing for petitioner,

    Petitioner is hereby ORDERED to show cause in writing no later than November 28, 2011, why this petition should not be DISMISSED.

**IT IS SO ORDERED.**

Dated: November 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge