UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ALFREDO-QUINTEROS

    Petitioner,

    v.

ERIC H. HOLDER, et al.,

    Respondents.
_____/

No. C 11-1779 PJH

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

    Petitioner Antonio Alfredo-Quinteros having filed a statement in response to the order to show cause re dismissal, stating that he has no objection to dismissal of the present petition for writ of habeas corpus,

    It is hereby ORDERED that this petition be DISMISSED.

**IT IS SO ORDERED.**

Dated: November 29, 2011

                                  PHYLLIS J. HAMILTON
                                  United States District Judge